(109 So. 926)

Emma E. RASBERRY v. MODERN ORDER OF PRÆTORIANS. (1 Div. 420.) · (Supreme Court of Alabama. Oct. 28, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge.

PER CURIAM. Appeal dismissed by appellant.

(109 So. 922)

J. A. ROSS v. Jim GARDNER. (3 Div. 774.) (Supreme Court of Alabama. June 30, 1926.) Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge. Transferred from Court of Appeals under Code 1923, § 7326. Guy Rice, of Prattville, for appellant. Ballard & Page, of Prattville, for appellee.

BOULDIN, J. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(111 So. 923)

STATE of Alabama v. ANNISTON CITY LAND CO. (7 Div. 598.) (Supreme Court of Alabama. Jan. 13, 1927.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Harwell G. Davis, Atty. Gen., and A. A. Evans, Asst. Atty. Gen., for appellant. Agee & Bibb, of Anniston, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(111 So. 923)

STORRS–SHAEFER CO. v. J. H. ARMOR et al. (4 Div. 283.) (Supreme Court of Alabama. March 24, 1927.) Appeal· from Circuit Court, Coffee County; W. L. Parks, Judge. Transferred from Court of Appeals under Code 1923, § 7326. W. W. Sanders, of Elba, for appellant. M. S. Carmichael, of Montgomery, and M. A. Owen, of Elba, for appellee.

SOMERVILLE, J. Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

(109 So. 922)

Ex parte J. L. THOMAS. (4 Div. 293.) (Supreme Court of Alabama. July 26, 1926.) Original petition for writ of prohibition to Hon. J. S. Williams, Judge of the Circuit Court of Russell County.

PER CURIAM. Dismissed on motion of petitioner.

(109 So. 922)

J. L. THOMAS v. CITY OF PHENIX CITY et al. (4 Div. 294.) (Supreme Court of Alabama. July 26, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed, on motion of appellant.

(110 So. 916)

Thornton THOMAS v. STATE. (2 Div. 905.) (Supreme Court of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Marengo County; John McKinley, Judge.

GARDNER, J. Appellant was convicted of murder in the second degree, and his punishment fixed at imprisonment for a period of 50 years. The appeal here is submitted upon the record, there being no bill of exceptions. The record is free from error, and the judgment of conviction is accordingly here affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(110 So. 916)

Alice TINGLE et al. v. J. B. FORD. (6 Div. 579.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Appeal ,dismissed for want of prosecution.

(110 So. 916)

Ex parte J. E. TONAHILL. (6 Div. 772.) (Supreme Court of Alabama. Nov. 23, 1926.) Original Petition for Mandamus to Roger Snyder, Judge of the Circuit Court of Jefferson County.

PER CURIAM. Petition dismissed by petitioner.

(110 So. 917)

J. E. TONAHILL, etc., v. CITY OF BIRMINGHAM et al. (6 Div. 794.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge. See, also, post, p. 700, 110 So. 916.

PER CURIAM. Appeal dismissed by appellant.

(110 So. 916)

J. E. TONAHILL, etc., v. CITY OF BIRMINGHAM et al. (6 Div. 793.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge. See, also, ante, p. 700, 110 So. 917.

PER CURIAM. Appeal dismissed by appellant.

(109 So. 922)

Boy TYRE v. STATE. (6 Div. 762.) (Supreme Court of Alabama, Oct. 14, 1926. Rehearing Denied Nov. 11, 1926.) Certiorari to Court of Appeals. S. T. Wright, of Fayette, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of ·Boy Tyre for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tyre v. State, 21 Ala. App. 699, 109 So. 927. Writ denied.

ANDERSON, C. J., and SAYRE and ·MILLER, JJ., concur.

(110 So. 917)

W. H. WAILES et al. v. SHILOH BAPTIST CHURCH et al. (6 Div. 790.) (Supreme Court of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge.

PER CURIAM. Appeal dismissed by appellant.

(111 So. 923)

George WASHINGTON, alias Henry Johnson, v. STATE. (6 Div. 892.) (Supreme Court of Alabama. March 31, 1927.) Appeal from